**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSEPH RAJOTTE,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:12-cv-372-Orl-28TBS**

**FABCO METAL PRODUCTS, LLC,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 16) filed October 15, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed December 13, 2012 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Plaintiff's Motion for Entry of Default Judgment (Doc. No. 16) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of January, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party